William J. Wray, Esq.
Nevada Bar No. 5834
Christopher R. Miltenberger, Esq.
Nevada Bar No. 10153
GREENBERG TRAURIG
3773 Howard Hughes Parkway
Suite 400 N
Las Vegas, Nevada 89169
Phone: 702-792-3773
Fax: 702-792-9002
E-mail: wrayw@gtlaw.com
miltenbergerc@gtlaw.com

*Attorneys for Defendant Waterton*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| C. JEFFREY EVANS,<br><br>Plaintiff,<br><br>vs.<br><br>MONTANA INVESTMENTS, INC.; WATERTON LV HOTEL, LLC; and DOES ONE thru FIFTY, inclusive,<br><br>Defendants. | Case No.: 2:09-cv-01091-JCM-GWF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff, C. JEFFREY EVANS, and Defendants, MONTANA INVESTMENTS, INC ("MONTANA") and WATERTON LV HOTEL, LLC ("WATERTON"), by and through their undersigned counsel of record, hereby represent that this matter has been fully and finally settled pursuant to the terms of a separate written settlement agreement, and therefore respectfully stipulate, agree and request that this matter be dismissed, in its entirety, with prejudice, with each

Page 1 of 2

party to bear its own attorneys' fees and costs, except as may be called for in the separate written settlement agreement between the parties.

**Stipulated and Agreed to on January 5, 2010 by:**

| **FISHER & PHILLIPS LLP** | **ROBERT KILBY, ESQ.** |
|---|---|
| /s/ Jeffrey D. Winchester<br>Jeffrey D. Winchester, Esq.<br>Dustin L. Clark, Esq.<br>3800 Howard Hughes Pkwy, Ste. 950<br>Las Vegas, NV 89169<br>*Attorneys for Defendant MONTANA*<br><br>**GREENBERG TRAURIG**<br><br>_____<br>William J. Wray, Esq.<br>Christopher R. Miltenberger, Esq.<br>3773 Howard Hughes Parkway, Ste. 400 N<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendant WATERTON* | /s/ Robert Kilby<br>Robert Kilby, Esq.<br>1755 E. Plumb Lane, Suite 107<br>Reno, Nevada 89502<br>*Attorney for Plaintiff EVANS* |

## ORDER

GOOD CAUSE APPEARING:

IT IS ORDERED that this matter be dismissed, in its entirely, with prejudice, with each party to bear its own attorneys' fees and costs.

DATED this 21st day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE

LV 418,990,479v1 1-5-10